AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**YEATO PRALL**
**DOB: XX/XX/68**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MAY 13, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, Associate Judge Russell F. Canan of the D.C. Superior Court, and others.**

in violation of Title __18__ United States Code, Section(s) __875__.

I further state that I am __SPECIAL AGENT JOSEPH N. LOWERY, JR.__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**S/A JOSEPH N. LOWERY, JR.**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at   __Washington, D.C.__
Date                                                                  City and State

_____      _____
Name & Title of Judicial Officer                Signature of Judicial Officer