AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

~~YAETO~~ Yeato PRALL

**FILED**
MAY 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06-242 M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___YAETO PRALL___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully, knowingly, and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, Associate Judge Russell F. Canan of the D.C. Superior Court, and others.

INVESTIGATIVE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHAL RM _____

in violation of Title __18__ United States Code, Section(s) __875__.

ALAN KAY
Name of Issuing Officer  U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

ALAN KAY
Title of Issuing Officer  U.S. MAGISTRATE JUDGE

MAY 2 5 2006
Date and Location  District of Columbia

Bail fixed at $_____  by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __5811 ANNAPOLIS ROAD CHEVERLY, MARYLAND__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/25/06 | JOSEPH N LOWERY JR SPECIAL AGENT | [signature] |
| DATE OF ARREST 5/25/06 | | |