PRAECIPE

# United States District Court
## for the District of Columbia

**FILED**
MAY 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the ~~~~ 30th day of May 19 ~~2006~~

United States
vs.
Yeato Prall

} Civil / **Criminal**
Action No. 06-242M-01

The Clerk of said Court will plz enter the appearance of Dr. CHERNOR M. JALLOH, ESQ of THE JALLOH LAW FIRM

May 30, 2006
**Date**

4456379
**BAR IDENTIFICATION NO.**

[Signature]
**Signature**

DR. CHERNOR M. JALLOH
**Print Name**

1150 Connecticut Ave, NW
**Address**

Suite 900  Washington, DC  20036-4497
**City**        **State**        **Zip Code**

(202) 828-4100 x4357
**Phone Number**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May, 2006, that I am a member of this Court in good stand —

Dr. Chernor M. Jalloh