CO-194
(Rev. 8/00)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal Case No. _06-242M-01_
)
_Yeato Prall_ )
Defendant )
) **FILED**
ORDER
MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the motion of the Government/Defendant for an examination of the mental competency of the defendant, pursuant to Title 24, Section 301, of the District of Columbia Code, and the representations made in support thereof, it is this _31st_ day of _May_, ~~2000~~ _2006_

ORDERED, that defendant be examined by the psychiatric staff of the Legal Services Division, and that after such examination a report be made to this Court as to:

(1)  Whether the defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

(2)  If the answer to the preceding paragraph is in the negative, does the examining psychiatrist believe the defendant should be transferred to a mental hospital for further examination and treatment?

(3) _If released on bond would the Defendant pose a safety risk to herself or others in light of the charges pending against her._

IT IS FURTHER ORDERED, that the United States Marshal, or his designated deputy transport the above named defendant to the Cellblock in the Superior Court for the District of Columbia on _1st_ day of _June_, ~~2000~~ _2006_, for the purpose of a preliminary psychiatric examination.

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE