UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CR. No. 06-242M (AK) |
| YEATO PRALL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Defendant Yeato Prall appeared before the undersigned United States Magistrate Judge for a Preliminary and Detention hearing on May 30, 2006. At that time, the Court *sua sponte* ordered the Defendant to undergo a forensic screening, and the Court ordered that Defendant be examined by the psychiatric staff of the Legal Services Division, to ascertain her mental competency and whether the Defendant would pose a safety risk to herself or others based on the charges pending against her. On June 1, 2006, the Legal Services Division filed its Report relating to Defendant's competency screening and the safety risk to herself or others if released on bond. The Chief of Forensic Legal Services concluded that because of the limitations of the screening examination, he could not provide a definitive assessment regarding the Defendant's safety risk and further concluded that the Defendant was currently incompetent to participate in court proceedings. Following its receipt of the report filed by the Legal Services Division, the United States filed an application to determine the competency of the Defendant pursuant to 18 U.S.C. § 4241(a). Accordingly, the Court having reasonable cause to believe that the Defendant may be suffering from a mental disease or defect rendering her incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly with her defense, it is this 6th day of June, 2006,

ORDERED, that the application of the United States is granted and the Defendant be, and hereby is, committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 for a period not to exceed 30 days and that a psychiatric or psychological examination of the Defendant be performed. Thereafter a written report shall be filed pursuant to 18 U.S.C. § 4247 which shall include the examiner's opinion as to whether the Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist in her defense. Said report is to be filed on or before July 13, 2006; and it is

FURTHER ORDERED, that in the interim, pending the Defendant's transport to a facility designated by the Attorney General, that the Defendant should be housed at the Community Treatment Facility of the District of Columbia Jail, and it is

FURTHER ORDERED that the $50,000 cash bond imposed by this Court is hereby vacated and the Defendant is to be held without bond pending determination of her competency, without prejudice to the Defendant requesting modification of her bond status.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE