UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>v. )<br>)<br>YEATO PRALL, )<br>Defendant. )<br>_____) | CR. No. 06-242M (AK) |

**FILED**
JUL 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

On June 6, 2006, this Court ordered that Defendant Yeato Prall be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 for a period not to exceed 30 days, and that a psychiatric or psychological examination of the Defendant be performed. The Court further ordered that a written report be filed, pursuant to 18 U.S.C. § 4247, on or before July 13, 2006.

By letter dated July 13, 2006, the Court was informed that the Defendant did not arrive at the Federal Medical Center ("FMC"), at the Federal Bureau of Prisons, until June 20, 2006. The Warden at the FMC accordingly requested an extension through July 20, 2006, to allow the forensic team sufficient time to complete a thorough evaluation of the Defendant, with a written report to follow within two weeks thereafter. Based upon the Warden's request, and good cause having been shown, it is this 13th day of July, 2006,

ORDERED that the Defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. §4241 until July 20, 2006, for purposes of evaluation by the forensic treatment team at the Federal Medical Center, Federal Bureau of Prisons. It is further

ORDERED that a written report shall be filed pursuant to 18 U.S.C. §4247, which shall include the examiner's opinion as to whether the Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the

nature and consequences of the proceedings against her or to assist in her defense. Said report shall be filed by August 3, 2006.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE